UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

LDD

Gantor kiki Brown
_____

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

- against -

Mike Moore, C.S.C. community
eduction center, Doctor Ronald
Phillips, Henny Sladex Deputy
warden of security
_____

_____

_____

_____

_____

*(In the space above enter the full name(s) of the defendant(s). If you
cannot fit the names of all of the defendants in the space provided,
please write "see attached" in the space above and attach an
additional sheet of paper with the full list of names. The names
listed in the above caption must be identical to those contained in
Part I. Addresses should not be included here.)*

RECEIVED
JUL 18 2016

16   3887

COMPLAINT

under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial:  ☐ Yes   ☐ No
(check one)

I.    Parties in this complaint:

A.    List your name, identification number, and the name and address of your current place of
confinement.  Do the same for any additional plaintiffs named.  Attach additional sheets of paper
as necessary.

Plaintiff        Name  Gantor Brown
ID # 15006464
Current Institution  George W. Hill correctional Facility
Address  Box 23A
Thornton, PA 19373

*Rev. 10/2009*

B.   List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1   Name Mike Moone ___ Shield #____
Where Currently Employed George W. Hill Correctional Facility
Address Box 23A Thornton, PA 19373

Defendant No. 2   Name C.E.C. community education centers Shield #____
Where Currently Employed ____
Address ____
____

Defendant No. 3   Name Doctor Ronald Phillips ___ Shield #____
Where Currently Employed George W. Hill Correctional Facility
Address Box 23A Thornton, PA 19373

Defendant No. 4   Name Henry Slader Deputy warden of security ___ Shield #____
Where Currently Employed George W. Hill Correctional Facility
Address Box 23A Thornton, PA 19373

Defendant No. 5   Name ____ Shield #____
Where Currently Employed ____
Address ____
____

II.   Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.   In what institution did the events giving rise to your claim(s) occur? George W. Hill correctional Facility

B.   Where in the institution did the events giving rise to your claim(s) occur? 5A unit loc

C.   What date and approximate time did the events giving rise to your claim(s) occur? Around 10/19/2015 a 10/21/2015

Victimized after he told Prison Staffs he had enemies, then intentionally tored on Block after refusing. Prison staff's stated "Custody leve over safety" CEC George w. Hill failed to protect plaintiff thought Aware he had Enemies. Execution of goverment's policy or custom, whether

D.   Facts: Made by it's lawmakers or by those whose edicts or acts may fairly be said to represent "2038 official policy, inflicts the injury that the goverment as a entity is responsible under 1983. Moving forui violate constitutional rights see supra at 645 660-662 we have no occasion to address and do not adress, what full confours of municipal liability under 1983 may be

☐ What happened to you?

Prison Doctor was deliberate indifference to plaintiff serious medical needs. Elliott v. Jones, 2009 us. Dist 3112 plaintiff was physically assalted for his TV & commersum, Sistain a brocken jaw & knocked out thooth. All could had been avoided. classificat ion Gunsoler Mike Moore didn't disregaurded prisoner's claim of having enemies on 5A. Inmate.

☐ Who did what?

Anderson door was deliberately bureaed days later while in the hole by prison employees along with plaintiff's, though having acknowled through plaintiff injurys & withesses that inmate Anderson & members of his gang was responsible in the reckess result in which plaintiff jaw was brocken with a lunch tray knocking his thooth out & punching and kicking while he was down after losing his TV & commusum. Defendants granted plaintiff's 8th Amendment rights I was deliberate indifferene. see Crayton v. Quadarman, 2009 us Dist Comt (no 709/WDTex ed 14, 2009) failing to protect

☐ Was anyone else involved?

Plaintiff from his enemis on an secregation unit put liability on CEC & the security of the facility. Henry sladex plaintiff suffer more injurys from the second assult & was knocked unconscious. Doctor Ronald Phillip & staff were deliberate indifference, to plaintiff "serious medical need agator by failing to Provide adequite medical attention, causing plaint iff's injuries to worsen. Thus fouth caursing necessary pain & swelling

☐ Who else saw what happened?

plaintiff is having copes issue emotionly surviving from physiological disstress, depression, thus further is the cause for this 42 usc 1983 civil rights claim adressing Defendants Mike Moore, CEC community Education center, Doctor Ronald phillies & Henry sladex Deputy warden of security. Claim for relief is properly established under 42 usc 1903 the purpose behind this action

III.   Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. Brocken Jaw, lost of thooth, numbless in face, back Pain, bruised ribs, emotional disstress, did not get any medical treatment.

IV.   Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that " [n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A.   Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes _✓_ No ____

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

George W Hill correctional Facility

B.   Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes _✓_ No ____ Do Not Know ____

C.   Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes ____ No _✓_ Do Not Know ____

If YES, which claim(s)? _____

D.   Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes _✓_ No ____

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes ____ No ____

E.   If you did file a grievance, about the events described in this complaint, where did you file the grievance?

At George. W. Hill

1.   Which claim(s) in this complaint did you grieve? Some Claims I wrote up in the Amended Complaint

2.   What was the result, if any? No respond

3.   What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. No respond

F.    If you did not file a grievance:

    1.    If there are any reasons why you did not file a grievance, state them here: _____

        _____

        _____

        _____

    2.    If you did not file a grievance but informed any officials of your claim, state who you

        informed, when and how, and their response, if any:_____

        _____

        _____

        _____

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative

    remedies. _____

    _____

    _____

    _____

    _____

    _____

Note:    You may attach as exhibits to this complaint any documents related to the exhaustion of your
administrative remedies.

V.    Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, that
you are seeking and the basis for such amount). one Hundred thousand (100,000.00) Each Defender
Punative Damages, Compensation In the Amount of (100,000.00) one hund
thousand each Defendant compen sation 75,000.00 Seventy five thou
each Defendant Punative Damages Request Counsel
or appointe for I am a leayman at Law
_____
_____

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

VI.   Previous lawsuits:

A.   Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

    Yes _____ No _____

| On these claims |

B.   If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format. )

    1.    Parties to the previous lawsuit:

    Plaintiff _____

    Defendants _____

    2.    Court (if federal court, name the district; if state court, name the county) _____

    3.    Docket or Index number _____

    4.    Name of Judge assigned to your case _____

    5.    Approximate date of filing lawsuit _____

    6.    Is the case still pending?   Yes _____ No _____

        If NO, give the approximate date of disposition _____

7.   What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _NA_

_____

_____

C.   Have you filed other lawsuits in state or federal court?

Yes _____ No _____   NA

D.   If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

On other claims

1.   Parties to the previous lawsuit:   NA

Plaintiff _____

Defendants _____

2.   Court (if federal court, name the district; if state court, name the county) _NA_

3.   Docket or Index number _____

4.   Name of Judge assigned to your case _____

5.   Approximate date of filing lawsuit _____

6.   Is the case still pending?   Yes _____ No _____

If NO, give the approximate date of disposition _____

7.   What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _NA_

_____

_____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _7_ day of _14_ , 20_16_

Signature of Plaintiff _____

Inmate Number _15006464_

Institution Address _Box 33A_
_Thornton, PA, 19373_

_____

_____

Note:    All plaintiffs named in the caption of the complaint must date and sign the complaint and provide
their inmate numbers and addresses.


I declare under penalty of perjury that on this ___7___ day of _____1 0*_____, 20__6, I am delivering
this complaint to prison authorities to be mailed to the Clerk's Office of the United States District Court for the
Eastern District of Pennsylvania.


Signature of Plaintiff: _____