IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GARTOR KIKI BROWN, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | No. 16-3887 |
| | : | |
| DR. RONALD PHILLIPS, | : | |
| Defendants. | : | |

### ORDER

This 21st day of October, 2020, for the reasons stated in my accompanying memorandum, it is hereby **ORDERED** that Defendant Phillips' Motion for Summary Judgment (ECF 61) is **GRANTED** and this case is **DISMISSED WITH PREJUDICE**. It is **further ORDERED** that Plaintiff's Motion *in limine* (ECF 60) and Motion for Trial (ECF 59) are **DENIED** as moot**.** The Clerk of Court shall mark this case closed for statistical purposes.

/s/ Gerald Austin McHugh
United States District Judge